UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN WHITE,

      Plaintiff,

                                          Case No: 1:25-cv-726

v.

                                          HON. ROBERT J. JONKER

BATTLE CREEK VA HOSPITAL,

      Defendant.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 15, 2025 (ECF No. 13). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 13) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (ECF No. 8) is **GRANTED** the complaint is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.


Dated:   November 10, 2025           /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             UNITED STATES DISTRICT JUDGE